UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARSHALL TODD WARD | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-494-SDJ |
| | § | |
| TEXAS ASSOCIATION OF | § | |
| FAMILIES INSURANCE, ET AL. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 8, 2022, the Report of the Magistrate Judge, (Dkt. #11), was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Marshall Todd Ward's complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.

Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Plaintiff Marshall Todd Ward's complaint is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 28th day of April, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE